Evaluation Only. Created with Aspose.Pdf. Copyright 2002-2014 Aspose Pty Ltd.

Case 4613-B    107 Dist. Ct.
Willacy Co. - Raymondville, Texas
60,434-09

. DEAR Court Clerk

Please Find a certified Copy of Motion For Appointment of Counsel filed w/ Willacy County District Clerk and denied by Judge Migdalia Lopez treated as Motion For New Trial thus she didn't even read the Pro Se Motion For Appointment of Counsel To draft up a Motion For New Trial based on case law I believe ruled by this Honorable Court of Criminal Appeals in obtaining New Trial For William McKinnley Hammond in Appellate Court!!, based on excused 12th Juror as in my case.

I further wish To have this Honorable Court take note of Judge Migdalia Lopez' Judicial Misconduct in handling this matter.

Please see if this Honorable Court will entertain this issue and use its discretion to correct this unconstitutional error and grant Counsel &/or remand back For Retrial this case based on Judicial Error, Prosecutorial Misconduct, improperly imposed Jury based on excusing 12th Juror prior To swearing in & No Set Jury Plan already established in 2009 Fact Finding Hearing on this unlawful prosecution, with strong merit of Ineffective Counsel due To permitting court To go forward with Constitutional Error.    Thank you

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 10 2015
Abel Acosta, Clerk

Dated: Aug. 5, 2015

Sincerely
Jose Canizzos Pro-Se

C.T. Terrell - 1300 FM 655
Roshanon, TX. 77583

Note: I do not believe copy Sent To this Hon. Court by Willacy County Clerk on Judge Migdalia's Ruling. —

Evaluation Only. Created with Aspose.Pdf. Copyright 2002-2014 Aspose Pty Ltd.

IN THE TEXAS COURT OF
CRIMINAL APPEALS - AUSTIN,
TEXAS

CASE # 4613-B - Willacy County,
TEXAS

JOSE CAVAZOS - Plaintiff
V
STATE OF TEXAS

MOTION FOR APPOINTMENT
OF COUNSEL

PURSUANT TO 28 U.S.C. § 1915 (e)(1) JOSE CAVAZOS MOVES FOR AN ORDER APPOINTING COUNSEL TO REPRESENT him in this CASE. In Support of this MOTION, JOSE CAVAZOS STATES:

1.) Plaintiff is unable to AFFORD COUNSEL. He has REQUESTED leave to proceed in FORMA PAUPERIS.

2.) Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this CASE ARE complex, and will require significant RESEARCH and investigation. Plaintiff has limited ACCESS to the Law Library and limited knowledge of the law. SEE: GREENO v DALEY, 414 F.3d 645 (7th Cir. 2005) Parham v. Johnson, 126 F.3d. 454, 461 (3d Cir. 1997).

3.) A RE-TRIAL IN this CASE will likely involve conflicting TESTIMONY, and counsel would be better enable plaintiff to present evidence and cross examine witnesses.

4.) Plaintiff has made REPEATED efforts to obtain a lawyer in 197th DISTRICT Court - Raymondville, Texas - County of Willacy an abuse of discretion thus I am left with only option to TURN TO this HONORABLE Court (Texas Court of Criminal Appeals - Austin, Texas if 197th District Court REFUSES to appoint Counsel due to Following MERITS.

A.) During my initial Trial it has been noted the 107th District Court presiding Judge Jonquin Villarreal was running an UNCONSTITUTIONAL Proceedings due to Willacy County not having a SET JURY Plan (SEE CASE #4613-B Feb. 2009 FACT Finding

9:20am (stamp)
Gilbert Lozano, Dist. Clerk, Willacy Co.
FILED
JUL -9 2015
By_____ Deputy
CERTIFIED COPY

— Page ONE of TWO —

Evaluation Only. Created with Aspose.Pdf. Copyright 2002-2014 Aspose Pty Ltd.

CASE #4613-B
CONTINUANCE FROM PAGE ONE

B.) Fri. June 12, 2015 - The Eagle Newspaper of Bryan Texas "News Release" of Atty. David Hillburn successfully obtaining a Retrial for William McKinley Hammond reversed one year ago by Appellate Court Ruled "Jury was not properly impaneled in 2012. District Judge Travis Bryan III allowed 12th Juror to be excused before group sworn in to Hear the case. Had he waited until swearing in process to Release Juror, the conviction would of been upheld!!

Note: In case 4613-B Jose Cavazos v. State, Judge Jonquin Villarreal of 107th District Court Allowed 12th Juror to be excused before group sworn in to Hear case. this being the case — A Re-Teal is in order to correct this egregious error and shows proof of merit of Ineffective Counsel by Trial Court Attorney Gustavo Ch. Garza already found by State Board as Inadequate plus this issue not caught by Appellate Attorney Phillip Cowen. New evidence on Ineffective Counsel is also merits for Re-Trial.

Wherefore, plaintiff Request that the court Appoint Phillip Cowen, A member of the Bar, as counsel in this case or if unable to represent, I Jose Cavazos leave the Honorable Courts discretion of appointment as a just decision.

July 07, 2015

Jose Cavazos #1153894
C.T. Terrell - 1300 FM 655
Rosharon, Texas 77583

July 28, 2015
Mtn for new trial denied
Judge Migdalia Lopez

Page Two of Two

8:40am
Gilbert Lozano, Dist. Clerk, Willacy Co.
FILED
JUL 29 2015
By _____ Deputy
XC: J. Cavazos

Also See: Prosecutorial Misconduct 2955 left intact by Court of Criminal Appeals.
(Federal Request)

A TRUE COPY OF THE ORIGINAL
I CERTIFY, THIS _____ DAY _____ 20 15
GILBERT LOZANO, DISTRICT CLERK
WILLACY COUNTY TEXAS
BY _____ DEPUTY

Evaluation Only. Created with Aspose.Pdf. Copyright 2002-2014 Aspose Pty Ltd.

Mr. Gilbert Lozano - Honorable District Clerk

Please file this motion and forward Copy To D.A. &
197th District Court For Review plus copy To Court of Criminal
Appeals Austin, Texas. If possible please send a Filed/Stamped
Copy To me.
thank you

Jose Canvazos
#1153894
C.T. Terrell - 1300 FM 655
Roshmur, Tx. 77583

8:53 a.m.
RECEIVED

JUL 09 2015

Gilbert Lozano, Dist. Clerk, Willacy Co.
By _____ Deputy


CERTIFIED COPY